**Order entered July 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00330-CV

**BAXTER & ASSOCIATES, L.L.C. D/B/A BAXTER ELEVATORS, Appellant**

**V.**

**D & D ELEVATORS, INC., ET AL., Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00670-2016**

## ORDER

In an order dated April 25, 2016, we granted appellant's unopposed motion to abate the appeal for sixty days.  We **REINSTATE** this appeal.  Appellant's brief is due **JULY 28, 2016**.


/s/  ELIZABETH LANG-MIERS
    JUSTICE